IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GLYNIS SHADE, | * |
| Plaintiff, | * |
| vs. | * Civil Action 10-00190-KD-B |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * |
| Defendant. | * |

## JUDGMENT

In accordance with this Court's Order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the opinion of this Court.

DONE this 29th day of December, 2010.

                                               **s/ Kristi K. DuBose**
                                               KRISTI K. DuBOSE
                                               UNITED STATES DISTRICT JUDGE