IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GLYNIS SHADE, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION 10-00190-KD-B |
| | * |
| MICHAEL J. ASTRUE, | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed,[1] the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 23, 2011, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 28th day of February, 2011.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

1 The Commissioner does not oppose an EAJA award of $2,982.14 payable to the plaintiff (doc. 23, p. 2). Plaintiff has no objection to the Report and Recommendation (doc. 25).